## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-CIV-61275-RAR
### 21-CIV-61357-RAR

**WENSTON DESUE**,
*individually and as legal guardian of N.D. and M.D.*
*and all others similarly situated, et al.*,

      Plaintiffs,

v.

**20/20 EYE CARE NETWORK, INC.**, *et al.*,

      Defendants.
_____/

**DAVID RUNKLE**,
*on behalf of himself and all others similarly situated*,

      Plaintiff,

v.

**20/20 EYE CARE NETWORK, INC.**,

      Defendant.
_____/

### ORDER CONSOLIDATING CASES

      **THIS CAUSE** came before the Court for a status conference on July 9, 2021. As discussed, given that Case No. 21-cv-61357 before the undersigned is related to the cases consolidated under Case No. 21-cv-61275, it is hereby

      **ORDERED AND ADJUDGED** as follows:

      1.    **Case No. 21-cv-61275** and **Case No. 21-cv-61357** are hereby **CONSOLIDATED**.

      2.    The Clerk of the Court is instructed to **CLOSE Case No. 21-cv-61357** for administrative purposes only.

3.      All future filings shall be made under **Case No. 21-cv-61275** only.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 9th day of July, 2021.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**