UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CIV-61275-RAR
21-CIV-61406-RAR

**WENSTON DESUE**,
*individually and as legal guardian of N.D. and M.D.*
*and all others similarly situated*, *et al.*,

    Plaintiffs,

v.

**20/20 EYE CARE NETWORK, INC.**, *et al.*,

    Defendants.
_____/

**KRISTI HOFFMAN-MOCK**,
*individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

**20/20 EYE CARE NETWORK, INC.**, *et al.*,

    Defendants.
_____/

## ORDER CONSOLIDATING CASES

**THIS CAUSE** comes before the Court *sua sponte*. Case No. 21-cv-61406 was transferred to the undersigned's division on July 12, 2021 because it is related to the cases consolidated under Case No. 21-cv-61275. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

    1.    **Case No. 21-cv-61275** and **Case No. 21-cv-61406** are hereby **CONSOLIDATED**.

    2.    The Clerk of the Court is instructed to **CLOSE Case No. 21-cv-61406** for administrative purposes only.

3. All future filings shall be made under **Case No. 21-cv-61275** only.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 12th day of July, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**