**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 21-CIV-61275-RAR

| | |
|---|---|
| WENSTON DESUE, *individually and as legal guardian of N.D. and M.D. and all others similarly situated,* | Consolidated with:<br>0:21-cv-61292<br>0:21-cv-61302 |
| Plaintiff, | 0:21-cv-61357<br>0:21-cv-61406 |
| v. | |
| 20/20 EYE CARE NETWORK, INC., *et al* | **CLASS ACTION** |
| Defendants. | **JURY TRIAL DEMANDED** |
| AND ALL CONSOLIDATED ACTIONS | |

## JOINT SCHEDULING REPORT

Pursuant to this Court's July 9, 2021 Order Requiring Joint Scheduling Report, (ECF. No. 21), Plaintiffs Wenston DeSue, Myrmaris Fraguada, Heather Bowen, Benjamin F. Liang, David Runkle and Kristi Hoffman-Mock, and Defendants 20/20 Eye Care Network, Inc. and iCare Health Solutions, LLC., (collectively, the "Parties"), by and through the undersigned counsel, hereby file this Joint Scheduling Report, and include the Parties' proposed deadline for the filing of Plaintiffs' Consolidated Complaint, briefing schedule for Defendants' Motion to Dismiss, request for page limitation extensions for the Motion to Dismiss and related pleadings, the Parties' proposed date for a follow-up status conference in August, 2021, the Parties' position on a temporary stay of discovery until the Court issues its ruling on Defendants' Motion to Dismiss, and Plaintiffs' request for appointment of the leadership structure outlined below.

I.     **Proposed Deadline for Filing Consolidated Complaint:**

**July 30, 2021**: Plaintiffs to file a Consolidated Complaint.

II.    **Proposed Briefing Schedule on Motion to Dismiss:**

   a.   **September 13, 2021**:  Defendants file their Motion to Dismiss.

   b.   **October 13, 2021:**  Plaintiffs file Opposition to Motion to Dismiss.

   c.   **October 27, 2021:**  Defendants file Reply Brief.

III.   **Motion to Dismiss Page Limit Proposal:**

The Parties request the Court permit the following page limits for the briefing set forth above:

   a.   Defendants' Motion to Dismiss: **25 pages**

   b.   Plaintiffs' Opposition to Defendants' Motion to Dismiss: **25 pages**

   c.   Defendants' Reply Brief: **15 pages**

IV.    **Date for Follow Up Status Conference**

The Parties propose the follow up Status Conference be scheduled for **August 25, 2021** or on a date convenient for the Court's calendar.

V.     **Parties' Position on Stay of Discovery Pending Ruling on Motion to Dismiss:**

Mindful of the Court's comments at the July 9, 2021 Status Conference, the Parties agree that discovery may be stayed until the Court's ruling on Defendants' Motion to Dismiss. The Parties have conferred, and defense counsel has agreed to provide to Plaintiffs on a voluntary and informal basis certain corporate organization and other non-privileged information.  The Parties request the Court set a status conference to be held within thirty (30) days of its ruling on the Motion to Dismiss to address opening discovery and additional next steps.

## VI.   Plaintiffs' Proposed Leadership Structure:

The Plaintiffs submit the following proposed leadership structure for the Court's consideration pursuant to Fed. R. Civ. P. 23 and *See generally Manual for Complex Litigation (Fourth)* and attached as Exhibits 1-8 to this report, relevant qualifications in support of each proposed member:

**Proposed Interim Co-Lead Counsel:**

Gayle M. Blatt (Exhibit 1)

Bryan L. Bleichner (Exhibit 2)

**Proposed Liaison Counsel:**

Dorothy P. Antullis (Exhibit 3)

**Proposed Executive Committee Chair:**

Jean S. Martin (Exhibit 4)

**Proposed Executive Committee:**

Terence R. Coates (Exhibit 5)

Joseph M. Lyon (Exhibit 6)

Nathan D. Prosser (Exhibit 7)

M. Anderson Berry (Exhibit 8)

DATED:  July 13, 2021

Respectfully Submitted,

/s/ Gayle M. Blatt
Gayle M. Blatt (Admitted Pro Hac Vice)
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
Email: *gmb@cglaw.com*

*Attorney for Plaintiff DeSue*

/s/ Bryan L. Bleichner
Bryan L. Bleichner (Admitted Pro Hac Vice)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Tel: 612/339-7300
Email: *bbleichner@chestnutcambronne.com*

*Attorney for Plaintiff Fraguada*

/s/ Dorothy P. Antullis

Dorothy P. Antullis (0890421)
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Phone: (561) 750-3000
Fax: (561) 750-3364
Email: *dantullis@rgrdlaw.com*

*Attorney for Plaintiffs Fraguada, Bowen, Liang and Runkle*

/s/ Jean S. Martin
Jean S. Martin (Pro Hac Vice Forthcoming)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel: (813) 223-5505

*Attorney for Plaintiff DeSue*

/s/ Terence R. Coates
Terence R. Coates (Admitted Pro Hac Vice)
**MARKOVITS, STOCK &DEMARCO, LLC**
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
Phone: (513) 651-3700
Fax: (513) 665-0219
Email: *tcoates@msdlegal.com*

*Attorney for Plaintiffs Bowen and Liang*

/s/ Joseph M. Lyon
Joseph M. Lyon (Admitted Pro Hac Vice)
**THE LYON FIRM**
2754 Erie Avenue
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 721-1178
Email: *jlyon@thelyonfirm.com*

*Attorney for Plaintiffs Bowen and Liang*

/s/ Nathan D. Prosser
Nathan D. Prosser (Pro Hac Vice Pending)
**HELLMUTH & JOHNSON PLLC**
8050 West 78th Street Edina, MN 55439
Phone: (952) 941-4005
Fax: (952) 941-2337
Email: *nprosser@hjlawfirm.com*

*Attorney for Plaintiff David Runkle*

/s/ M. Anderson Berry
M. Anderson Berry (Pro Hac Vice Forthcoming)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA  95825
Phone:  916-777-7777
Email: a*berry@justice4you.com*

*Attorney for Plaintiff Hoffman-Mock*

/s/ Caitlin F. Saladrigas
Caitlin F. Saladrigas (95728)
**HOLLAND & KNIGHT LLP**
777 South Flagler Drive
Suite 1900 West Tower
West Palm Beach, FL 33401
Phone: (561)650-8349
Fax: (561) 650-8399
Email: c*aitlin.saladrigas@hklaw.com*

/s/ Mark S. Melodia
Mark S. Melodia (Admitted Pro Hac Vice)
**HOLLAND & KNIGHT LLP**
31 W. 52nd Street

New York, NY 10019
Phone: (212) 513-3583
Fax: (212) 385-9010
Email: *mark.melodia@hklaw.com*

*Attorneys for Defendants 20/20 Eye Care Network Inc., and iCare Health Solutions, LLC.*

## **NOTICE OF ENDORSEMENT**

Pursuant to the CM/ECF Administrative Procedure 3J(3), the undersigned hereby certifies that counsel for the Defendants authorized me to file this Joint Status Report on their behalf with their electronic signatures affixed hereto.

By: /s/ Gayle M. Blatt
Gayle M. Blatt