**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

Case No. 21-CV-61275-RAR

| | |
|---|---|
| WENSTON DESUE, *individually and as legal guardian of N.D. and M.D., and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>20/20 EYE CARE NETWORK, INC., *et al.*,<br><br>Defendants.<br><br>AND ALL CONSOLIDATED ACTIONS. | CONSOLIDATED WITH:<br><br>No. 21-cv-61292<br><br>No. 21-cv-61302<br><br>No. 21-cv-61357<br><br>No. 21-cv-61406<br><br>No. 21-cv-61755 |

**JOINT STATUS REPORT REGARDING DISTRIBUTION OF SETTLEMENT FUNDS**

Defendants, 20/20 Eye Care Network, Inc. ("ECN") and iCare Acquisition, Inc. ("iCare") (collectively, "Defendants") and plaintiffs, Stephany Alcala; Benjamin J. Liang; Amber Lowe, on behalf of herself and her minor children C.B., K.B., M.B., and G.M.; David Runkle; and Suzanne Johnson ("Plaintiffs") (collectively, the "Parties"), file this Joint Status Report Regarding Distribution of Settlement Funds and state as follows:

1. In the Court's March 6, 2024 Order Granting Joint Motion for Approval of Plan for Distribution of Remaining Settlement Funds, [ECF No. 104], (the "Order"), this Court approved the Parties' plan to distribute amounts remaining in the fund after payment of settlement benefits to Class Members (the "Distribution Plan") in accordance with the Order on Final Approval of Class Action Settlement. *See* [ECF No. 100].

2. The Distribution Plan agreed upon by the Parties involved an additional distribution to 20,425 Class Members with Approved Claims for payment that deposited or otherwise accepted

2

or, in the alternative, that were subject to a payment re-issue request submitted by February 28, 2024 (the "Qualifying Class Members").  Or. at 2.

3.	Additional distributions to these Qualifying Class Members occurred in accordance with the Court's Order and the time for these Qualifying Class Members to deposit these additional distributions or accept digital payments has expired. In addition, the October 6, 2024 deadline for Identity Monitoring Enrollments has also expired.  *Id*.

4.	Following the additional distribution and expiration of these deadlines, the Court's Order permitted distribution of remaining settlement funds to the Parties' mutually selected *cy pres* recipient, the Florida Bar Foundation n/k/a Funding Florida Legal Aid ("FFLA"), without further order of the Court. *See* Or. at 3.

5.	In accordance with the Court's Order, a final payment of remaining settlement funds was made to FFLA in the amount of $44,826.90 on October 23, 2024.

6.	Accordingly, the settlement fund is exhausted and this case is now due to be closed.

Dated:  October 28, 2024

By:

| | |
|---|---|
| /s/ *Gayle M. Blatt* | /s/ *Caitlin F. Saladrigas* |
| GAYLE M. BLATT (*pro hac vice*) | Caitlin F. Saladrigas (95728) |
| **CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP** | **HOLLAND & KNIGHT LLP** |
| 110 Laurel Street | 777 South Flagler Drive, |
| San Diego, CA  92101 | Suite 1900, West Tower |
| Telephone: 619/238-1811 | West Palm Beach, Florida 33401 |
| gmb@cglaw.com | (561) 833-2000 Telephone |
| | (561) 650-8399 Facsimile |
| | Caitlin.Saladrigas@hklaw.com |
| *Plaintiffs' Co-Lead Class Counsel* | |

**CHESTNUT CAMBRONNE PA**
BRYAN L. BLEICHNER (*pro hac vice*)
100 Washington Avenue South, Suite 1700
Minneapolis, MN  55401
Telephone:  612/339-7300
612/336-2940 (fax)
bbleichner@chestnutcambronne.com

*Plaintiffs' Co-Lead Class Counsel*

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
JEAN S. MARTIN (*pro hac vice*)
FRANCESCA KESTER (1021991)
201 N. Franklin Street, 7th Floor
Tampa, FL  33602
Telephone: 813/223-5505
jmartin@forthepeople.com

*Plaintiffs' Co-Lead Class Counsel*

**MARKOVITS, STOCK & DEMARCO, LLC**
TERENCE R. COATES (*pro hac vice*)
3825 Edwards Road, Suite 650
Cincinnati, OH  45209
Telephone:  513/651-3700
513/665-0219 (fax)
tcoates@msdlegal.com

*Plaintiffs' Executive Committee Member*

**THE LYON FIRM**
JOSEPH M. LYON (*pro hac vice*)
2754 Erie Avenue
Cincinnati, OH  45208
Telephone:  513/381-2333
513/721-1178 (fax)
jlyon@thelyonfirm.com

*Plaintiffs' Executive Committee Member*

Mark S. Melodia (admitted pro hac vice)
Mark.Melodia@hklaw.com
31 West 52nd Street, 12th Floor
New York, New York 10019
Telephone: (215) 513-3583

Alexander M. Dudley (1017976)
Alexander.Dudley@hklaw.com
515 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33201
(954) 525-1000 Telephone
(954) 463.2030 Facsimile

*Attorneys for Defendants*

3

#511566606_v2

**CLAYEO C. ARNOLD**
A PROFESSIONAL LAW CORP.
M. ANDERSON BERRY (*pro hac vice*)
865 Howe Avenue
Sacramento, CA 95825
Telephone:  916/777-7777
aberry@justice4you.com

*Plaintiffs' Executive Committee Member*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 28, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which caused it to be served on all counsel of record.

*/s/ Caitlin F. Saladrigas*

Caitlin F. Saladrigas

## NOTICE OF ENDORSEMENT

Pursuant to the CM/ECF Administrative Procedure 3J(3), the undersigned hereby certifies that counsel for Plaintiffs authorized me to file this Joint Notice of Plan for Distribution of Remaining Settlement Funds on their behalf with their electronic signatures affixed hereto.

*/s/ Caitlin F. Saladrigas*

Caitlin F. Saladrigas